82,337-03,04

DATE: 3-17-15

COURT OF CRIMINAL APPEALS
PO BOX 12308
CAPITOL STATION.
AUSTIN TEXAS, 78711

WR-82,337-04 AND-03

THE STATE OF TEXAS

VS

JAMES JACKSON

RE: CAUSE 1377900-C
AND D

MOST HONORABLE JUDGES OF THE COURT,

IN RECENT WEEKS I HAVE FILED SEVERAL WRITS AND MOTIONS WITH THE COUNTY OF HARRIS (HOUSTON TX). I'VE SUPPLIED THE COURTS WITH SEVERAL CONSTITUTIONAL VIOLATIONS, MAY I SAY WITH ALL DUE RESPECT ALL ONE HAS EVER ASKED FOR WAS A FAIR AND UNBIASED PROCESS OF THE LAW. I ONLY REQUESTED IN TIMES PAST THAT OUR LOCAL JUDGES RECOGNISE THE LAW AND CONSTITIONAL RIGHTS THAT ARE SUPPOSE TO BE THE VERY FABRIC THAT BINDS OUR PEOPLE TOGETHER AS CITIZENS OF THIS GREAT NATION. UNDER ARTICLE II OF THE US CONSTITUTION GUARANTEES MYSELF (A US CITIZEN) PROTECTION FROM BIASED AND PREJUDICIAL BEHAVIOR DOES NOT SECTION (2) OF THIS SAME ARTICLE ASSURE ONE SELF SUPPORT OF CONSTITIONAL RIGHTS AND ENFORCEMENT? (I ASK RESPECTFULLY) IF NOT THEN I AM CERTAIN THE 14th AMENDMENT UNDER THE B.U OF RIGHTS DOES. I'VE COVERED AMENDMENT VIII (BILL OF RIGHTS) "EXCESSIVE BAIL" I WAS GAINFULLY EMPLOYED, BANK ACCOUNT WITH NO CRIMINAL RECORD ON FILE NOT AS MUCH AS A TRAFFIC VIOLATION - AND YET I WAS DENIED A BOND I

could afford to better and adequately prepare a just defense - why sir or madam, was I denied this constitional right? Was there an exception to this rule? (respectfully) Why was I "caged" for 2 years 10 months to suffer the indignity of this charge, to be presumed guilty to be denied adequate and unbiased counsel - denied the ability to work and investigate on behalf of my case? How if any, was I a threat or flight risk? I asked all of this to my court appointed counsel and was obviously not privy to such answers. Amendment VI - Right to speedy trial (denied) - Do local judges have the authority to choose which law or constitional right to enforce? If so then why were our laws written? - Why not disgard the constitional right of every American? I have on record showed the court judge Velasquez's biased behavior to be relavent not only was she recused but she formally appoligized to me in open court (on record?) Where does this travesty stop? I was denied due process - Right to a grand jury hearing to confront my accuser. (Amendment VI) and 14th Amendment. Amendment X Correct me if I am wrong →

Again with Respect - Does this section state in Lamens that one must impliment or invoke a constitutional law in order for said law to be supportive in ones case? Is this preconviction or post? {Forgive my ignorance if I misinterpits} I am not a Lawyer or a student your Honors. I am a US citizen one who comes from a family of good moral fabric, military men - conservative values and hardworking. We do not accept welfare when times are hard nor do we result in drug abuse. I believed in my country... in patriotism the office of the presidency. Now here I sit in TDCJ amongst animals and thugs... murders. All because somewhere, somehow, someone dropped the ball. If I may be frank for one minute, Court Appointed Attornies are no more than a mouthpeice for the state and negotiater for TDC time. They're extremley under financed and unwilling to give their clients 100% of their time and capabilities "Resources" if you will. I ask for a rehabilitation program (Denied) I will cease at this time Kind Siror Madam, I have used enough of your valuable time. Thank you for your consideration →

I pray you and the court will not see me as another peice of paper but as a man, a good man who got swallowed by our system. I pray the court took no offense by any correspondance I've sent. God knows I meant none. I pray my faith is restored in our judicial system. I ask the courts, grant my 11.07 (CANDO) let me (a innocent man) have a chance, ... a fair chance to resolve and satisfy not only the state but myself. Over turn the decision of the 183rd because its right, its ethical and fair. Thank you for your time and consideration. May God bless you and your efforts every day ... may He guard you and your family and keep you from evil. Thank you.

Sincerely,
Mr. James Galon

Its never my intention to presume to educate your honors on law. I only am respectfully inquiring.

✗ PSS.
I have filed several amendments to my writ recentley. Seek Chris Daniels @ 1201 Franklin Houston Texas! 77002 Harris County Clerks Office.

TDCJ no: 01933528
Garza East unit
4304 Hwy 202,
Beeville Texas: 78102
Re: Cause no!
1377900 (CANDO)
Wr - 82,337-03 and 04